STATE OF NEW JERSEY v. MICHAEL DEAN THOMPSON.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DE LANGE.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD SMITH.

March 27, 1984.

Petition for certification denied.

GEORGE HART v. DEPARTMENT OF CORRECTIONS.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD T. CASSIDY, JR.

March 27, 1984.

Petition for certification denied.